**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00105-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. NARAYSA MARVE UNDERWOOD,

    Defendant.

## ORDER DENYING MOTION FOR REVIEW

**Blackburn, J.**

The matter before me is defendant's **Motion For Review of Sentence Calculation** [#47] filed June 25, 2010. The defendant contends erroneously that at sentencing I credited him with 11 months of presentence confinement. I deny the motion.

The sentencing hearing was held on November 30, 2007. The advisory sentencing guideline range was 51 to 63 months. I granted a sentence variance and imposed a sentence of 44 months. I did not credit the defendant with presentence confinement of 11 months. Instead, as I always do, I ordered that presentence confinement be determined by the Bureau of Prisons as it must be under 18 U.S.C. 3585. *See* Transcript [#45] at page 15, lines 9-11 ("That presentence confinement shall be determined by the Bureau of Prisons as provided by law under 18 U.S.C. Section 3585.")

**THEREFORE, IT IS ORDERED** that the defendant's **Motion For Review of Sentence Calculation** [#47] filed June 25, 2010, is **DENIED**.

Dated July 12, 2010, at Denver, Colorado.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge